# Court of Appeals
# of the State of Georgia

ATLANTA,  November 19, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0151.  SHANE S. HAWKINS v. THE STATE.**

In February 2018, Shane S. Hawkins pled guilty to serious injury by vehicle, driving under the influence, reckless driving, and failure to maintain lane.  He subsequently filed a motion to correct, reduce, or modify sentence, which the trial court denied on September 6, 2018.  On October 18, 2018,[1] Hawkins filed an application for discretionary appeal from that order.  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Hawkins filed his application 42 days after the trial court entered its

---

[1] Hawkins attempted to file his application earlier, but his application was returned because it did not include a copy of the order sought to be appealed.  See OCGA § 5-6-35 (c) ("The applicant shall include as exhibits to the petition a copy of the order or judgment being appealed . . . .").

order. Thus, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/19/2018*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*   *, Clerk.*